Andrew M. Steinheimer
Murphy, Pearson, Bradley & Feeney
701 University Avenue
Suite 200
Sacramento, CA 95825
(916) 565-0300

Attorney(s) for Defendant National
Action Financial Services

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA COSTA, | CIV. S-05-2084 FCD KJM |
| Plaintiff, | STIPULATION AND ORDER TO ELECT REFERRAL OF ACTION TO VOLUNTARY DISPUTE RESOLUTION PROGRAM (VDRP) PURSUANT TO LOCAL RULE 16-271 |
| v. | |
| NATIONAL ACTION FINANCIAL SERVICES and ELIZABETH DOE | |
| Defendants. | |

Pursuant to Local Rule 16-271, the parties hereby agree to submit the above entitled action to the Voluntary Dispute Resolution Program. The parties request referral to mediation.

DATED: September 21, 2006

/s/Joshua B. Swigart
JOSHUA B. SWIGART
Attorney(s) for Plaintiff(s)

/s/ Andrew M. Steinheimer
Attorney(s) for Defendant(s)
National Action Financial Services

IT IS SO ORDERED.

DATED: September 22, 2006

/s/ Frank C. Damrell Jr.
Frank C. Damrell, Jr.
U.S. District Court Judge

1