Mark E. Ellis – 127159
Andrew M. Steinheimer - 200524
ELLIS, COLEMAN, POIRIER, LAVOIE, & STEINHEIMER LLP
555 University Avenue, Suite 200 East
Sacramento, CA  95825
Tel: (916) 283-8820
Fax: (916) 283-8821

Attorneys for Defendant NATIONAL ACTION FINANCIAL SERVICES

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA COSTA,<br><br>        Plaintiff,<br><br>v.<br><br>NATIONAL ACTION FINANCIAL SERVICES,<br>AND ELIZABETH DOE,<br><br>        Defendants. | Case No.: _05-2084 FCD KJM<br><br>**STIPULATION TO VACATE PRE-TRIAL CONFERENCE AND TRIAL DATES AND [PROPOSED] ORDER**<br><br>**Pre-Trial Conference:    03/30/07**<br>**Trial Date:                       06/05/07**<br><br>**The Honorable Frank C. Damrell** |

   Whereas the Pre-Trial Conference is currently scheduled for March 30, 2007, and the case is currently set for trial on June 5, 2007,

   Whereas the parties have been diligently trying to mediate this case since September 2006.

   Whereas the parties have stipulated to participate in the Court Voluntary Alternative Dispute Resolution program and have been assigned four neutrals since September 2006.  However, for one reason or another all of the neutrals have turned down or rejected the assignment of this case due to no fault of the parties.  The parties now have a neutral, Norman C. Hile, assigned to the case.

   Whereas, the parties have not completed preparation for trial or the pre-trial requirements because they have been trying to mediate the case and therefore have not wanted to proceed with litigating the case as any increase in attorney's fees will only make the case more difficult to settle.

   Plaintiff Jessica Costa and Defendant National Action Financial Services hereby stipulate and agree to vacate the current Pre-Trial Conference scheduled for March 30, 2007 and to vacate the trial

1 date scheduled for June 5, 2007 and to have the case assigned a new Case Management and Scheduling

2 Conference date in approximately 60 days.

3     It is so stipulated.

4 Dated: March ___, 2007

5     ELLIS, COLEMAN, POIRIER, LAVOIE, & STEINHEIMER LLP

8 By /s/_____
   Andrew M. Steinheimer
   Attorneys for Defendant
   NATIONAL ACTION FINANCIAL SERVICES

12 Dated: March ___, 2007

    HYDE & SWIGART

By: _/s/_____
   Joshua B. Swigart
   Attorneys for Plaintiff
   JESSICA COSTA

18     Pursuant to the Stipulation of the parties,

19     IT IS ORDERED that Pre-Trial Conference scheduled for March 30, 2007 and the Trial

20 scheduled for June 5, 2007 is hereby vacated. The case is set for a further Status Conference on June

21 22, 2007 at 10:00 a.m. Parties are to file a Joint Status Report one week prior to the conference.

23 Dated: March 29, 2007.

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

- 2 -

STIPULATION TO VACATE PRE-TRIAL CONFERENCE AND TRIAL DATES AND [PROPOSED] ORDER