Mark E. Ellis – 127159
Andrew M. Steinheimer - 200524
ELLIS, COLEMAN, POIRIER, LAVOIE, & STEINHEIMER LLP
555 University Avenue, Suite 200 East
Sacramento, CA 95825
Tel: (916) 283-8820
Fax: (916) 283-8821

Attorneys for Defendant NATIONAL ACTION FINANCIAL SERVICES

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA COSTA,<br><br>    Plaintiff,<br><br>v.<br><br>NATIONAL ACTION FINANCIAL SERVICES, AND ELIZABETH DOE,<br><br>    Defendants. | Case No.: _05-2084 FCD KJM<br><br>**STIPULATION TO CONTINUE PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT AND TO SET BRIEFING SCHEDULE AND ORDER**<br><br>**DATE:    November 9, 2007**<br>**TIME:    10:00 am.**<br>**The Honorable Frank C. Damrell Jr.** |

Whereas Plaintiff's Motion for Partial Summary Judgment is currently scheduled for November 9, 2007, and the case is currently set for trial on May 20, 2008.

Whereas the parties have stipulated to continue the hearing on Plaintiff's motion for partial summary judgment so as to coordinate it with a cross-motion for summary judgment to be filed by defendant. The parties stipulate and agree as follows:

Plaintiff's Motion for Partial Summary Judgment shall be continued to December 14, 2007. Defendant's opposition to said motion is due on November 30, 2007. Defendant's cross-motion for summary judgment or partial summary judgment shall also be heard on December 14, 2007. Defendant to file and serve its motion by November 2, 2007.

/ / / /

It is so stipulated.

- 1 -

STIPULATION TO CONTINUED PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT AND ORDER

1 Dated: October 29, 2007

ELLIS, COLEMAN, POIRIER, LAVOIE, & STEINHEIMER LLP

By /s/
    Andrew M. Steinheimer
    Attorneys for Defendant
    NATIONAL ACTION FINANCIAL SERVICES

Dated: October 29, 2007

HYDE & SWIGART

By: /s/
    Joshua B. Swigart
    Attorneys for Plaintiff
    JESSICA COSTA

    Pursuant to the Stipulation of the parties,

    IT IS ORDERED that Plaintiff's Motion for Partial Summary Judgment is rescheduled to December 14, 2007 at 10:00 a.m. Defendant's cross-motion for summary judgment or partial summary judgment is set for December 14, 2007. Defendant shall file its motion by November 2, 2007. Opposing papers for both motions are due by November 30, 2007. Reply papers to be served and filed in accordance with the Court's local rules.

Dated: October 29, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

STIPULATION TO CONTINUED PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT AND ORDER