# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA COSTA,<br><br>PLAINTIFF,<br><br>V.<br><br>NATIONAL ACTION FINANCIAL SERVICES AND ELIZABETH DOE,<br><br>DEFENDANTS. | CASE NO.: 2:05-CV-2084 FCD KJM<br><br>EXTENDING DATE FOR FILING OF PLAINTIFF'S MOTION FOR ATTORNEY FEES AND COSTS<br><br>HON. FRANK C. DAMRELL, JR. |

1. For good cause being show, the Court hereby adopts the Parties' stipulation and extends the time allowed for Plaintiff to file her petition for attorneys fees and costs under F.R.C.P. 54(d) until January 15, 2008

**IT IS SO ORDERED.**

Dated: January 2, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE