# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA COSTA,<br><br>PLAINTIFF,<br><br>V.<br><br>NATIONAL ACTION FINANCIAL SERVICES AND ELIZABETH DOE,<br><br>DEFENDANTS. | CASE NO.: 2:05-CV-2084 FCD KJM<br><br>ORDER EXTENDING DATE FOR FILING OF PLAINTIFF'S MOTION FOR ATTORNEY FEES AND COSTS<br><br>HON. FRANK C. DAMRELL Jr. |

1. For good cause being shown, the Court hereby adopts the Parties' Stipulation filed January 31, 2008 and extends the time allowed for Plaintiff to file her petition for attorneys fees and costs under F.R.C.P. 54(d) to February 28, 2008, so that the parties may continue to participate in good faith negotiation regarding the amount of fees and costs.

2. Defense counsel will respond to Plaintiff's demand after reviewing Plaintiff's demand with the Defendants.

3. Plaintiff's counsel will submit documentation as to the hours expended and

1 | costs incurred.  Good faith negotiations will take place between the parties.
2 | 4. Defendants and Plaintiff will then continue to negotiate in good faith in an
3 | attempt to avoid burdening the Court with a fee petition.
4 | 5. Plaintiff will petition the Court in the event the parties are unable to resolve
5 | the matter without court intervention.
6 | IT IS SO ORDERED.
7 | DATED: February 1, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE