**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JESSICA COSTA,<br><br>　　　Plaintiff,<br><br>v.<br><br>NATIONAL ACTION FINANCIAL SERVICES, AND ELIZABETH DOE,<br><br>　　　Defendants. | Case No.: _05-2084 FCD KJM<br><br>**ORDER AND JUDGMENT** |

　　　Pursuant to the stipulation of the parties filed April 1, 2008 and the Court's December 19, 2007 order on the parties' cross-motions for summary judgment, the Court hereby enters judgment in favor of plaintiff Jessica Costa and against defendant National Action Financial Services in the amount of $2,000.00.  The Court will retain jurisdiction to award attorney's fees and costs as appropriate and to the extent allowed by law, upon timely application.  Plaintiff's claims with respect to defendant "Elizabeth Doe" are hereby dismissed.

　　　IT IS SO ORDERED.

Dated: April 2, 2008__

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE